**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**GREENTECH AUTOMOTIVE, INC.**                                                         **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 3:13CV94-MPM-JMV**

**FRANKLIN CENTER FOR GOVERNMENT
AND PUBLIC INTEGRITY** *doing business as*
*Watchdog.org*, **ET AL.**                                                    **DEFENDANTS**

## ORDER

On June 10, 2013, Defendants filed a motion to dismiss for lack of personal jurisdiction [8]. Pursuant to L. U. Civ. R. 16(b)(3)(B), [f]iling . . . a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion . . . ."

**THEREFORE, IT IS ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on Defendants' motion to dismiss. Plaintiffs shall submit a proposed order lifting the stay within 7 days of any ruling denying the motion to dismiss.

This 25th day of June, 2013.

                                                                                            /s/Jane M. Virden
                                                                       UNITED STATES MAGISTRATE JUDGE