THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**GREENTECH AUTOMOTIVE, INC.**                                     **PLAINTIFF**

**VS.**                         **CAUSE NO. 3:13-cv-000094-MPM-SAA**

**FRANKLIN CENTER FOR GOVERNMENT
AND PUBLIC INTEGRITY d/b/a
WATCHDOG.ORG; KENRIC WARD; CHINA TRAVEL SERVICE
d/b/a MOVE2USA.NET**                          **DEFENDANTS**

## FINAL JUDGMENT

THIS CAUSE came before the Court on the motion of defendants Franklin Center for Government and Public Integrity's and Kenric Ward's to dismiss for lack of personal jurisdiction. [Dkt. 59]. On July 24, 2014, the Court entered an Order granting the motion to dismiss for lack of personal jurisdiction and dismissed this cause as to defendants Franklin Center for Government and Public Integrity and Kenric Ward.

On March 31, 2014, the Court had entered an Agreed Order of Dismissal With Prejudice as to defendant Irreco LLC. [Dkt. No. 39].

On September 18, 2014, plaintiff voluntarily dismissed the action against defendant China Travel Service d/b/a Move2USA.net. [Dkt. No. 65].

No claims remain pending against any defendant.

Accordingly, final judgment is hereby entered in accordance with the Court's July 24, 2014, Order dismissing the cause as to defendants Franklin Center for Government and Public Integrity and Kenric Ward for lack of personal jurisdiction.

SO ORDERED AND ADJUDGED this the 18th day of September, 2014.

                                        **/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**