IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-60734
_____

GREENTECH AUTOMOTIVE, INCORPORATED,

    Plaintiff - Appellant

v.

FRANKLIN CENTER FOR GOVERNMENT AND PUBLIC INTEGRITY, doing business as Watchdog.org; KENRIC WARD,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Mississippi, Oxford

_____

A True Copy
Certified order issued Jun 22, 2015

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of June 22, 2015, pursuant to appellant's motion.

                            LYLE W. CAYCE
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                            *Shea E. Pertuit*
                            By: _____
                            Shea E. Pertuit, Deputy Clerk

             ENTERED AT THE DIRECTION OF THE COURT